# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CORDELL NICHOLS**                                                                                    **PETITIONER**
Reg. #29494-044

V.                               CASE NO. 2:20-CV-59-JM-BD

**DEWAYNE HENDRIX, Warden,**
**Federal Correctional Institution,**
**Forrest City, Arkansas**                                                                              **RESPONDENT**

## **ORDER**

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections to the Recommendation. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Mr. Nichols's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED, without prejudice, and his motion to expand the record (Doc. No. 16) is DENIED as moot this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE