# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CORDELL NICHOLS**                                                                               **PETITIONER**
**Reg. #29494-044**

V.                         **CASE NO. 2:20-CV-59-JM-BD**

**DEWAYNE HENDRIX, Warden,**
**Federal Correctional Institution,**
**Forrest City, Arkansas**                                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE